THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ULIANO SALVATORI, Appellant.

(Submitted January 11, 1932; decided February 9, 1932.)

*Caesar B. F. Barra* and *Ralph J. Barra* for appellant.

*Frank H. Coyne, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.